ORIGINAL

FILED
2007 NOV -7 P 12: 06
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Reilly Atkinson, Esq., State Bar No. 131505
YUHL RHAMES & ATKINSON, LLP
401 Wilshire Boulevard, Suite 1070
Santa Monica, California 90401
Telephone: (310) 393-6455
Facsimile: (310) 393-9869

Eric E. Castelblanco, Esq. (SBN 156241)
LAW OFFICES OF ERIC E. CASTELBLANCO
8383 Wilshire Boulevard, Suite 302
Beverly Hills, California 90211
Telephone: (323) 951-0180
Facsimile: (323) 951-0183

Attorneys for **Plaintiff Sandy Castelblanco**

IT IS SO ORDERED AS MODIFIED
Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SANDY CASTELBLANCO, <br><br> Plaintiff, <br><br> vs. <br><br> NBC UNIVERSAL, INC. and DOES 1 through 10, inclusive, <br><br> Defendants | Case No.: C 07-04219 JW <br><br> (Assigned to Hon. James Ware for all further proceedings) <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The undersigned parties, by and through their attorneys of record, do hereby STIPULATE AND AGREE to the following:

1. That the Case Management Conference in this matter currently set for November 19, 2007 be continued to a date convenient for counsel. Plaintiff's counsel is unavailable on said date.

---
Stip to Continue CMC.01

1
STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE

2. The parties further stipulate and agree that the Case Management Conference date be continued to December 17, 2007 at 10:00 a.m., the next date Judge Ware is available to hear the matter.

3. The parties stipulate and agree to the following case schedule:

   a. November 26, 2007 – Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan. (FRCP 26(f) and ADR Local Rule 3-5)

   b. December 10, 2007 – Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Conference Statement per the Standing Order re Contents of Joint Case Management Statement.

Dated: October 26, 2007

YUHL RHAMES & ATKINSON, LLP

By: _____
Reilly Atkinson, Esq.
Attorneys for
Plaintiff Sandy Castelblanco

Date: October 26, 2007

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: _____
Stephen J. Hirschfeld, Esq.
Ann E. Soter, Esq.
Attorneys for Defendant
NBC Universal, Inc.

2
STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE

## ORDER

IT IS HEREBY ORDERED:

By stipulation of the parties, the Case Management Conference currently on November 19, 2007 is and has been continued to December 17, 2007 at 10:00 a.m.  This is the final continuance.  The parties shall file a Joint Statement by **December 7, 2007.**  The Joint Statement shall clearly set forth the parties' discovery plan, including, the anticipated date for close of all discovery.

Dated:  November 7, 2007

                               JAMES WARE
                               United States District Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Karen Cech, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 401 Wilshire Blvd., Suite 1070, Santa Monica, California, 90401.

On October 26, 2007, I served the foregoing **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** on the interested parties in this action as follows:

☐ By Personal Service I caused such envelope to be delivered by hand to the interested party as listed below.

☐ By Facsimile to the names and fax numbers on the attached Service List.

☒ By Mail: by placing a true copy thereof, enclosed in a sealed envelope addressed to the names and addresses on the attached Service List.

I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 26, 2007, at Santa Monica, California.

_Karen Cech_
Karen Cech

---

1
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

## SERVICE LIST

Stephen J. Hirschfeld, Esq.
Ann E. Soler, Esq.
Curiale Dellaverson Hirschfeld & Kraemer, LLP
727 Sansome Street
San Francisco, California 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443
**Attorneys for Defendant: NBC Universal, Inc.**

Eric E. Castelblanco, Esq. (SBN 156241)
LAW OFFICES OF ERIC E. CASTELBLANCO
8383 Wilshire Boulevard, Suite 302
Beverly Hills, California 90211
Telephone: (323) 951-0180
Facsimile: (323) 951-0183
**Co-Counsel for Plaintiff**