UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDY CASTELBLANCO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NBC UNIVERSAL, INC.,<br><br>　　　　Defendant. | Case No.: C 07-4219 (JW) PVT<br><br>**INTERIM ORDER RE PARTIES'<br>PROPOSED FORM OF PROTECTIVE<br>ORDER** |

On December 18, 2007, the parties submitted a proposed form of Stipulation and Protective Order Regarding Confidentiality.[1] Having reviewed the form of protective order submitted by the parties, the court finds it appropriate to issue this interim order.

IT IS HEREBY ORDERED that, no later than January 4, 2008, the parties shall file a revised form of protective order that more closely conforms to this court's model form of protective order, copies of which are available from the Forms section of this court's website at cand.uscourts.gov. The parties' proposed form is deficient in that it fails to: 1) clearly limit designation of documents as "Confidential" to just those documents that warrant protection under Federal Rules of Civil Procedure 26(c); and 2) prescribe the means for designating documents and things as "Confidential." At a minimum, these two deficiencies must be corrected.

Dated: *12/19/07*

　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*