STEPHEN J. HIRSCHFELD (SBN 118068)
ANN E. SOTER (SBN 229838)
CURIALE DELLAVERSON HIRSCHFELD
  & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443
shirschfeld@cdhklaw.com
asoter@cdhklaw.com

Attorneys for Plaintiff
NBC UNIVERSAL, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDY CASTELBLANCO,<br><br>    Plaintiff,<br><br>vs.<br><br>NBC UNIVERSAL, INC. and DOES 1-10, inclusive,<br><br>    Defendant. | Case No. C07-04219 JW<br><br>**STIPULATION AND PROPOSED ORDER REGARDING TRIAL SETTING CONFERENCE** |

This Stipulation and Proposed Order Regarding Trial Setting Conference is entered into by and between Plaintiff Sandy Castelblanco ("Plaintiff") and Defendant NBC Universal, Inc. ("Defendant") through their respective counsel. Plaintiff and Defendant are also referred to in this Stipulation and Proposed Order as the "Parties."

    A.    Whereas, on December 13, 2007, this Court issued a Scheduling Order as follows:

| | |
|---|---|
| Close of Discovery | June 30, 2008 |
| Last Date for Hearing Dispositive Motions | September 8, 2008 |
| Preliminary Pretrial Conference Statements | May 30, 2008 |
| Preliminary Pretrial Conference | June 9, 2008 at 11:00 a.m. |

STIPULATION AND PROPOSED ORDER REGARDING TRTIAL SETTING
CONFERENCE, CASE NO. C07-04219 JW

4851-9581-4914

B.      Whereas, the Parties have met and conferred with regard to Defendant's Motion for Summary Judgment, mediation, and trial setting. Based upon the availability of counsel and the Court's availability, PLAINTIFF AND DEFENDANT STIPULATE AND AGREE AS FOLLOWS:

| | |
|---|---|
| Close of Discovery | June 30, 2008 |
| Last Day for Defendant to File Motion for Summary Judgment | August 18, 2008 |
| Plaintiff's Opposition to Motion for Summary Judgment Due | September 1, 2008 |
| Defendant's Reply to Plaintiff's Opposition to Motion for Summary Judgment Due | September 8, 2008 |
| Mediation | The parties will mediate this case before the Preliminary Pretrial Conference and Hearing on Defendant's Motion for Summary Judgment |
| Preliminary Pretrial Conference and Hearing on Defendant's Motion for Summary Judgment (if necessary) | September 22, 2008 (the earliest available Court date) |

C.      Whereas, the Parties respectfully request that the Court modify the Scheduling Order in accordance with the agreement of the parties as set forth above in paragraph B.

| | |
|---|---|
| Date: May 29, 2008 | CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP |
| | By: ___/s/ Stephen J. Hirschfeld___ <br> Stephen J. Hirschfeld <br> Ann E. Soter <br> Attorneys for Defendants <br> NBC UNIVERSAL, INC. |
| Date: May 29, 2008 | YUHL RHAMES & ATKINSON, LLP |
| | By: ___/s/ Reilly C. Atkinson___ <br> Reilly C. Atkinson <br><br> Attorneys for Plaintiff <br> SANDY CASTELBLANCO |
| Dated: May 29, 2008 | LAW OFFICE OF ERIC E. CASTELBLANCO |
| | By: ___/s/ Eric E. Castelblanco___ <br> Eric E. Castelblanco <br><br> Attorneys for Plaintiff <br> SANDY CASTELBLANCO |

*** ORDER PURSUANT TO STIPULATION WITH MODIFICATIONS ***

The Court grants the parties' Stipulation to accommodate their settlement efforts. However, the parties' proposed schedule does not comport with the Court's case management schedule. Accordingly, the Court modifies the Stipulation as follows:

(1) The hearing on Defendant's Anticipated Motion for Summary Judgment is set for **September 22, 2008 at 9 a.m.**

(2) The Preliminary Pretrial Conference is set for **October 27, 2008 at 11 a.m.** The parties shall file a Joint Preliminary Pretrial Statement on or before **October 17, 2008.**

Dated: June 3, 2008                    _/s/ James Ware_
                                        JAMES WARE