ORIGINAL

9/10/2008

1  Reilly Atkinson, Esq., State Bar No. 131505
   YUHL RHAMES & ATKINSON, LLP
2  401 Wilshire Boulevard, Suite 1070
   Santa Monica, California 90401
3  Telephone: (310) 393-6455
   Facsimile: (310) 393-9869
4

5  Eric E. Castelblanco, Esq. (SBN 156241)
   LAW OFFICES OF ERIC E. CASTELBLANCO
6  8383 Wilshire Boulevard, Suite 302
   Beverly Hills, California 90211
7  Telephone: (323) 951-0180
8  Facsimile: (323) 951-0183

9  Attorneys for Plaintiff Sandy Castelblanco

**GRANTED**
*Judge James Ware*

File by Fax

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SANDY CASTELBLANCO, | Case No.: C 07-04219 JW |
| Plaintiff, | (Assigned to Hon. James Ware for all further proceedings) |
| vs. | **STIPULATION FOR DISMISSAL OF ACTION** |
| NBC UNIVERSAL, INC. and DOES 1 through 10, inclusive, | |
| Defendants | |

25  / / /
26  / / /
27  / / /
28  / / /

Stip and Order for Dismissal.01           1
STIPULATION AND ORDER FOR DISMISSAL

The parties and their counsel of record hereby stipulate pursuant to F.R.C.P. 41(a)(1)(ii) to dismiss the above action with prejudice.

Date: September 3, 2008      YUHL RHAMES & ATKINSON, LLP

By: _____
Reilly Atkinson, Esq.
Attorneys for Plaintiff
Sandy Castelblanco

Date: September 2, 2008      CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: _____
Stephen J. Hirschfeld, Esq.
Attorneys for Defendant
NBC Universal, Inc.

IT IS SO ORDERED:

The Court terminates all pending deadlines, hearing and motions. The Clerk shall close this file.

Dated: September 10, 2008      _____
United States District Judge

Stip and Order for Dismissal.01                           2
STIPULATION AND ORDER FOR DISMISSAL

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Karen Cech, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 401 Wilshire Blvd., Suite 1070, Santa Monica, California, 90401.

On September 3, 2008, I served the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF ACTION** on the interested parties in this action as follows:

☐ By Personal Service I caused such envelope to be delivered by hand to the interested party as listed below.

☐ By Facsimile to the names and fax numbers on the attached Service List.

☒ By Mail: by placing a true copy thereof, enclosed in a sealed envelope addressed to the names and addresses on the attached Service List.

I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 3, 2008, at Santa Monica, California.

_Karen Cech_
Karen Cech

Stip and Order for Dismissal.01            3
STIPULATION AND ORDER FOR DISMISSAL

# SERVICE LIST

Stephen J. Hirschfeld, Esq.
Ann E. Soter, Esq.
Curiale Dellaverson Hirschfeld & Kraemer, LLP
727 Sansome Street
San Francisco, California 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443
**Attorneys for Defendant: NBC Universal, Inc.**

Eric E. Castelblanco, Esq.
Law Offices of Eric E. Castelblanco
8383 Wilshire Boulevard, Suite 301
Beverly Hills, California 90211
Telephone: (323) 951-0180
Facsimile: (323) 951-0183
**Co-Counsel for Plaintiff**